PEOPLE, Respondent, v. FETTER, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Proceeding by the People of the State of New York against Harry Fetter. No opinion. Motion granted.

PEOPLE, Respondent, v. GILLESPIE, Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Proceeding by the People of the State of New York against Alma Gillespie, Leo R. Brilles, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Order affirmed. Order filed.

PEOPLE, Respondent, v. J. ALBERT & SON, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Proceeding by the People of the State of New York against J. Albert & Son. No opinion. Judgment of conviction of the Court of Special Sessions affirmed on reargument. See, also, 150 N. Y. Supp. 1102.

PEOPLE, Respondents, v. KUBLIS, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Proceeding by the People of the State of New York against Andrew Kublis. No opinion. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, upon the ground that the evidence does not establish the guilt of the defendant beyond a reasonable doubt.

PEOPLE, Respondent, v. LE ROSE, Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Proceeding by the People of the State of New York against Nicodino Le Rose. No opinion. Motion to dismiss appeal denied, on condition that defendant perfect his appeal, place the case on the March calendar, and be ready for argument when reached; otherwise, motion granted. Motion for leave to be heard on original record denied.

PEOPLE, Respondent, v. MARKUS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Proceeding by the People of the State of New York against Jacob Markus. No opinion. Appeal dismissed, unless appellant file and serve printed briefs by March 9th.

PEOPLE v. MARSHALL. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Proceeding by the People of the State of New York against Walter H. Marshall. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. MILLER et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Proceeding by the People of the State of New York against Joseph Miller and another. No opinion. Motion to dismiss appeal granted, unless appellants comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. PRICE, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Proceeding by the People of the State of New York against John J. Price. S. R. Lash, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. RAND, Appellant. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Proceeding by the People of the State of New York against Nathaniel D. Rand. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. RHEINHARDT, Appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Proceeding by the People of the State of New York against Edward Rheinhardt. No opinion. Motion to dismiss appeal denied, upon condition that defendant perfect his appeal, place the case on the January calendar, 1915, and be ready for argument when reached; otherwise, motion granted. See, also, 151 N. Y. Supp. 1136.

PEOPLE, Respondent, v. RHEINHARDT, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Proceeding by the People of the State of New York against Edward Rheinhardt. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default. See, also, 151 N. Y. Supp. 1136.

PEOPLE, Respondent, v. ROCCO, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Proceeding by the People of the State of New York against Joseph Rocco. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. ROMA, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1915.) Proceeding by the People of the State of New York against Charles Roma. No opinion. Motion to dismiss appeal denied, on condition that defendant perfect his appeal, place the case on the March calendar, and be ready for argument when reached; otherwise, motion granted. Motion for leave to be heard on original record denied.

PEOPLE, Respondent, v. SINCLAIR, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Proceeding by the People of the State of New York against Upton Sinclair. G. E. Roe, of New York City, for appellant. R. C. Taylor, of New York City, for the People. No opinion. Judgment (of 86 Misc. Rep. 426, 149 N. Y. Supp. 54) affirmed. Order filed.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Proceeding